UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY J. OLSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ERIC H. HOLDER, JR.,<br><br>　　　　　　Defendants. | NO: 13-CV-0402-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

On February 11, 2014, Plaintiff was ordered to show cause on or before March 14, 2014, why Defendant's motion to dismiss should not be granted. Plaintiff was advised that failure to respond could result in dismissal of this action without further notice. Although granted the opportunity to do so, Plaintiff has now failed to file a response.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff's Complaint is **DISMISSED with prejudice** for failure to state a claim on which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(ii).

ORDER OF DISMISSAL WITH PREJUDICE -- 1

The District Court Executive is directed to enter this Order, enter judgment of dismissal with prejudice, forward a copy to Plaintiff, and **CLOSE** the file.

**DATED** March 17, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE -- 2