# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LARRY J. OLSON,<br>*Plaintiff*<br>v.<br><br>ERIC H. HOLDER, JR.<br>*Defendant* | ) )<br>) )<br>) )<br>) )<br>) )    Civil Action No.   13-CV-0402-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to state a claim on which relief can be granted under 28 USC Section 1915(e)(2)(B)(ii).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice    on a motion to dismiss (ECF No. 3).

Date: March 17, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen